Sophia Goren Gold (Cal. Bar No. 307971)
**KALIELGOLD PLLC**
950 Gilman Street, Suite 200
Berkeley, CA 94710
sgold@kalielgold.com
(202) 350-4783

Jeffrey D. Kaliel (Cal. Bar No. 238293)
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, DC 20005
jkaliel@kalielpllc.com
(202) 350-4783

Francisco Guerra IV*
Jennifer A. Neal*
**WATTS GUERRA LLP**
875 East Ashby Place, Suite 1200
San Antonio, TX 78212
fguerra@wattsguerra.com
jneal@wattsguerra.com
(210) 447-0500

* Admitted pro hac vice

*Attorneys for Plaintiffs
and the Proposed Classes*

MORGAN, LEWIS & BOCKIUS, LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Phone: (415) 442-1000
Attorneys for Defendant Tesla, Inc.

Brian M. Ercole
(*pro hac vice* motion forthcoming)
brian.ercole@morganlewis.com
Matthew M. Papkin
(*pro hac vice* motion forthcoming)
matthew.papkin@morganlewis.com
600 Brickell Ave, Suite 1600
Miami, FL  33131-3075
Tel: +1.305.415.3000
Fax: +1.305.415.3001

*Attorneys for Defendant Tesla Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL VAN DIEST and SERGEY KHALIKULOV, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS,<br><br>Defendant. | Case No. 4:23-CV-04098-YGR<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Samuel Van Diest and Sergey Khalikulov ("Plaintiffs"), together with Defendant Tesla, Inc. dba Tesla Motors, Inc. ("Tesla"), by and through their respective counsel of record, jointly stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on August 11, 2023, ECF No. 1;

WHEREAS, the Court has determined that this Action and another action, *Corona, et al. v. Tesla, Inc.*, No. 4:23-cv-03902, are related to *Porter, et al. v. Tesla, Inc. d/b/a Tesla Motors. Inc.*, No. 4:23-cv-03878, ECF No. 15;

WHEREAS, this Action was reassigned to Judge Yvonne Gonzalez Rogers for coordination with the related actions, ECF No. 16;

WHEREAS, Plaintiffs and Tesla, along with the parties in the related actions, met and conferred on October 9, 2023, regarding upcoming deadlines;

WHEREAS, plaintiffs in the related *Porter* action have indicated that they intend to amend their Complaint;

WHEREAS, Tesla has indicated it intends to move to dismiss the complaints in each of the related actions and to move to compel arbitration in, at least, this Action and the *Porter* action;

WHEREAS, the Parties anticipate that briefing on Tesla's motions to dismiss and/or compel arbitration in the related actions will involve overlapping legal issues and arguments;

WHEREAS, judicial economy and the interests of the parties would be served by extending Tesla's time to respond to the operative complaints, such that Tesla's time to respond is consistent in each of the related actions, and by setting the case management conference after the completion of such briefing;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED THAT:

Tesla's time to respond to the operative complaint in this Action will be extended to November 22, 2023.

The Initial Case Management Conference is rescheduled from November 6, 2023, to January 22, 2024, or another available date at the Court's convenience following the completion of briefing on Tesla's anticipated motions to dismiss and/or compel arbitration. Accordingly, the

parties' rule 26(f) report, CMC statement, and initial disclosures (or objections thereto) are due on January 15, 2024.

DATED: October 12, 2023

/s/ *Sophia Goren Gold*
Sophia Goren Gold (Cal. Bar No. 307971)
**KALIELGOLD PLLC**
950 Gilman Street, Suite 200
Berkeley, CA 94710
sgold@kalielgold.com
(202) 350-4783

Jeffrey D. Kaliel (Cal. Bar No. 238293)
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, DC 20005
jkaliel@kalielpllc.com
(202) 350-4783

Francisco Guerra IV*
Jennifer A. Neal*
**WATTS GUERRA LLP**
875 East Ashby Place, Suite 1200
San Antonio, TX 78212
fguerra@wattsguerra.com
jneal@wattsguerra.com
(210) 447-0500

* *Admitted pro hac vice*

*Attorneys for Plaintiffs
and the Proposed Classes*

/s/ *David L. Schrader*
MORGAN, LEWIS & BOCKIUS, LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Phone: (415) 442-1000
Attorneys for Defendant Tesla, Inc.

Brian M. Ercole
(admitted *pro hac vice*)
brian.ercole@morganlewis.com
Matthew M. Papkin
(*pro hac vice* motion forthcoming)
matthew.papkin@morganlewis.com
600 Brickell Ave, Suite 1600
Miami, FL 33131-3075
Tel: +1.305.415.3000
Fax: +1.305.415.3001

*Attorneys for Defendant Tesla Inc.*

## **ORDER**

PURSUANT TO THE STIPULATION,

1. Defendant Tesla Inc.'s time to respond to the operative complaint is extended to November 22, 2023.

2. The Initial Case Management Conference is rescheduled from November 6, 2023, to January 22, 2024. The parties' rule 26(f) report, CMC statement, and initial disclosures (or objections thereto) are due on January 15, 2024.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge